# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00047-CV

**In re The Estate of Leona L. Mobley, Deceased**

**FROM THE COUNTY COURT AT LAW NO. 1 OF CALDWELL COUNTY
NO. 8361, HONORABLE EDWARD L. JARRETT, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Randall F. Mobley has filed an agreed motion to dismiss in which he asserts that the parties to this appeal have settled their disputes both in this appeal and underlying it. He has attached a copy of the settlement agreement, signed by the parties, that authorizes him to file a motion to dismiss this appeal and represent that it is agreed to by all parties and their counsel. We grant the motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed on Agreed Motion

Filed:   March 21, 2006